IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE ASSOCIATES LLC, a Utah limited liability company; CABLE MOUNTAIN PARTNERS LLC, a Utah limited company,<br><br>    Plaintiffs,<br><br> v.<br><br>BENJAMIN FULTON, an individual; ELKHORN CAPITAL GROUP, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 18-1235-MN |

**DEFENDANTS BENJAMIN FULTON AND ELKHORN CAPITAL GROUP, LLC'S
<u>REQUEST FOR ORAL ARGUMENT</u>**

   Pursuant to Local Rule 7.1.4, Defendants Benjamin Fulton and Elkhorn Capital Group, LLC (collectively, "Defendants") respectfully request oral argument on Defendants' Motion to Dismiss (the "Motion") (D.I. 29). The briefing on the Motion (D.I. Nos. 30, 31, and 33) was completed on October 17, 2019.

| | |
|---|---|
| OF COUNSEL:<br>Steven S. Scholes<br>Peter B. Allport<br>MCDERMOTT WILL & EMERY LLP<br>444 W. Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Tel: (312) 372-2000<br>Email: sscholes@mwe.com<br>Email: pallport@mwe.com<br><br>John R. Gerstein<br>CLYDE & CO. US LLP<br>1775 Pennsylvania Avenue, NW, 4th Floor<br>Washington, DC 20006<br>Tel: (202) 747-5100<br>Email: jack.gerstein@clydeco.us | /s/ *Robert J. Katzenstein*<br>Robert J. Katzenstein (#378)<br>Eve H. Ormerod (#5369)<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501, P.O. Box 410<br>Wilmington, DE 19899<br>Tel: (302) 656-8400<br>Email: rjk@skjlaw.com<br>Email: eho@skjlaw.com<br><br>*Attorneys for Defendants* |

Dated: October 23, 2019

1