# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE ASSOCIATES LLC, a Utah limited liability company; CABLE MOUNTAIN PARTNERS LLC, a Utah limited liability company; LARRY LUNT, an individual; JOHN LUNT, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>BENJAMIN FULTON, an individual; ELKHORN CAPITAL GROUP, LLC, a Delaware limited liability company,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 18-1235-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Keystone Associates LLC, Cable Mountain Partners LLC, Larry Lunt, and John Lunt appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion entered in this action on June 23, 2020 (Dkt. No. 35), and the subsequent Order entered on June 23, 2020 (Dkt. No. 36), granting Defendants' motion to dismiss and dismissing with prejudice Plaintiffs' second amended complaint and directing the clerk of court to close the case.

This appeal is made pursuant to 28 U.S.C. § 1291.

2

OF COUNSEL:

David J. Jordan
Michael R. Menssen
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
(801) 328-3131

Dated: July 20, 2020
6808599

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
    Timothy R. Dudderar (# 3890)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    tdudderar@potteranderson.com
    jchoa@potteranderson.com
    (302) 984-6000

*Attorneys for Plaintiffs*