# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2495

Keystone Associates LLC, et al v. Benjamin Fulton, et al

(U.S. District Court No.: 1-18-cv-01235)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    November 02, 2020
SB/cc:    Joseph A. Bailey III, Esq.
John A. Cerino,
Jonathan A. Choa, Esq.
John Gerstein, Esq.
Paul W. Hughes, Esq.
David J. Jordan, Esq.
Mr. Matthew A. Waring,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate